UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LILLO, | ) | CASE NO. 1:16-CV-1841 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF REMAND** |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the magistrate judge in the above entitled action. (Doc. No. 17.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. [. . .]

28 U.S.C. § 636(b)(1). The R&R was filed on June 29, 2017.

On July 12, 2017, defendant filed a response indicating that there would be no objection to the recommendation of the magistrate judge that the case be remanded for a fuller explanation of the weight given to the opinions of the treating psychiatrist, Dr. Hill, and the reasons for such determination.

No objections having been heard, the Court adopts the recommendation and remands this matter for further proceedings.

**IT IS SO ORDERED**.

Dated: July 17, 2017

                                                                  **HONORABLE SARA LIOI**
                                                                  **UNITED STATES DISTRICT JUDGE**